No. 86-6516. LIETZKE v. MONTGOMERY POLICE DEPARTMENT. Sup. Ct. Ala. Certiorari denied.

No. 86-6517. VITA v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 86-6521. SHEARS v. HEDRICK, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 86-6525. BLEVINS v. NORRIS, WARDEN. Sup. Ct. Ark. Certiorari denied.

No. 86-6531. MATTHEWS v. MCCLUNG. Ct. App. Ga. Certiorari denied.

No. 86-6541. MOORE v. TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 86-6546. ROSS v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 86-6551. BURTON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 86-6552. HAMMONDS v. FERA ET AL. C. A. 3d Cir. Certiorari denied.

No. 86-6561. MUNFORD v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 86-6601. DEROCHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86-6606. BAKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86-6609. CARPENTER v. HEETER, JUDGE, MUNICIPAL COURT OF LIMA, OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 86-6616. WAJDA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.